FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 05 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DIANA MARIE MOORE<br><br>Defendant. | CRIMINAL ACTION FILE NO.<br><br>1:23-MJ-628-JKL |

## ORDER APPOINTING COUNSEL

### SEAN YOUNG

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 5th day of July, 2023.

_____
JOHN K. LARKINS III
United States Magistrate Judge