**MAGISTRATE'S CRIMINAL MINUTES - REMOVALS (Rule 5 & 5.1)**  FILED IN OPEN COURT

DATE: 07/05/2023 @ 2:17 p.m.
TAPE: FTR
TIME IN COURT: 18 Minutes

| MAGISTRATE JUDGE | JOHN K. LARKINS III | COURTROOM DEPUTY CLERK: | Cynthia Mercado |
|---|---|---|---|
| CASE NUMBER: | 1:23-MJ-628-JKL | DEFENDANT'S NAME: | Diana Marie Moore |
| AUSA: | Bret Hobson for Gregory Radics | DEFENDANT'S ATTY: | Sean Young |
| USPO / PTR: | USPO K. Hamilton | ( ) Retained    ( ) CJA    (X) FDP    ( ) Waived | |

|   |   |   |   |
|---|---|---|---|
|   | ARREST DATE |   |   |
| X | Initial appearance hearing held. | X | Defendant informed of rights. |
|   | Interpreter, sworn: |   |   |

### COUNSEL

| X | ORDER appointing Federal Defender as counsel for defendant. |   |
|---|---|---|
|   | ORDER appointing | as counsel for defendant. |
|   | ORDER: defendant to pay attorney's fees as follows: |   |

### REMOVAL HEARING

| X | Defendant WAIVES identity hearing. | X | WAIVER FILED |
|---|---|---|---|
|   | Identity hearing HELD. | Defendant is named defendant in complaint / indictment. | |
|   | Defendant WAIVES preliminary hearing in this district only. | | WAIVER FILED |
|   | Preliminary hearing HELD. | Probable cause found.  Defendant to answer to charges in other district. | |
|   | Preliminary hearing set for | | |
|   | Commitment issued; defendant ORDERED held for removal to other district. | | |

### BOND/PRETRIAL DETENTION HEARING

| X | Government's Oral motion for detention filed. | @ | |
|---|---|---|---|
|   | Detention hearing | @ | (In charging district.) |
| X | Bond/Pretrial detention hearing HELD. | | |
| X | Government motion for detention    ( ) GRANTED    (X) DENIED | | |
|   | Pretrial detention ordered. | X | Written order to follow. |
|   | BOND set at | NON-SURETY | SURETY |

|   |   | cash |   |   | property |   | corporate surety ONLY |   |
|---|---|---|---|---|---|---|---|---|
|   | SPECIAL CONDITIONS: |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |
| X | ORDER to Release Defendant filed. |   |   |   |   |   |   |   |
|   | Bond not executed. Defendant to remain in Marshal's custody. |   |   |   |   |   |   |   |
|   | Motion |   | (verbal) | to reduce/revoke bond filed. |   |   |   |   |
|   | Motion to reduce/revoke bond |   |   |   | GRANTED |   | DENIED |   |

**WITNESSES**: Witness sworn and testified: USPO, Kinnetta Hamilton.

**EXHIBITS:**

| **Original Exhibits:** |   | FORWARDED to the Clerk's Office. |   | RETURNED to counsel. |
|---|---|---|---|---|