FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 05 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 1:23-MJ-628-JKL |
| DIANA MARIE MOORE, | Charging District's Case No. 2:23-CR-0040 (D. Az.) |
| Defendant. | |

**ORDER MODIFYING CONDITIONS OF RELEASE PENDING BOND REVOCATION HEARING IN CHARGING DISTRICT**

Pursuant to Fed. R. Crim. P. 40, Defendant Diana Marie Moore appeared in this Court on a warrant for her arrest related to a petition alleging violations of the terms of her pretrial release in a matter pending in the District of Arizona. The Court conducted an initial appearance in accordance with the requirements of Fed. R. Crim. P. 5(c)(3) and Fed. R. Crim. P. 40(b). Defendant waived her right to an identity hearing. Defendant did not waive her right to a detention hearing. The Government moved for detention. The court held a detention hearing and heard from counsel for the government and Defendant. The government's motion is **DENIED**; however, applying Fed. R. Crim. P. 40(c) and the general standards of the Bail Reform Act, the Court finds that to reasonably assure the appearance of

Defendant at the bond revocation hearing and the safety of others and the community, it is appropriate to modify the conditions of release as follows:

(1) Defendant may not possess or attempt to acquire any firearm, destructive device, or dangerous weapon or ammunition;

(2) Defendant must have no contact with Kenneth Terrell Harrison; and

(3) Defendant must submit to stand-alone location monitoring, with such location monitoring technology as directed in the discretion of pretrial services or her supervising officer; and

(4) Defendant shall pay all or part of the cost of location monitoring based on her ability to pay as determined by pretrial services or her supervising officer.

These requirements are warranted here because the underlying violation involved an alleged incident of domestic violence between Defendant and Mr. Harrison. All other conditions of bond remain in effect.

Defendant is **ORDERED** released after processing.

IT IS SO ORDERED this 5th day of July, 2023.

_____
JOHN K. LARKINS III
United States Magistrate Judge